1046

No. 87–6888. MARTINEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–6889. MUSTACCHIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6891. FREE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6901. SWYTZER v. UNITED STATES POSTAL SERVICE. C. A. 6th Cir. Certiorari denied.

No. 87–6906. BLANCO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–6911. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–6913. TOMPKINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6914. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–6915. BAYNARD v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 87–6925. ALSTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 87–6929. RAMSEY v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 87–1325. CARRUTHERS, GOVERNOR OF NEW MEXICO, ET AL. v. DURAN ET AL. C. A. 10th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 87–1839. DOE ET AL. v. UNITED STATES. C. A. 2d Cir. Motion of petitioners for leave to file appendix to petition under seal granted. Certiorari denied.